

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00116-CV

**IN RE ALAMO CRANE SERVICE, INC.** and Michael Casarez

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Lori I. Valenzuela, Justice
             H. Todd McCray, Justice

Delivered and Filed: March 11, 2026

MOTION TO DISMISS GRANTED; PETITION FOR WRIT OF MANDAMUS DISMISSED; TEMPORARY STAY LIFTED

Relators filed their petition for writ of mandamus on February 12, 2026. On February 13, 2026, we ordered the real party in interest and the respondent to file their responses, if any, and granted relators' motion for temporary stay. On March 2, 2026, relators filed an unopposed motion to dismiss the petition for writ of mandamus. The motion is granted. The petition for writ of mandamus is dismissed. The temporary stay issued on February 13, 2026 is lifted.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-12552, styled *Karen Metcald v. Alamo Crane Service, Inc. and Michael Casarez*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.